# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1:18-mj-260 |
| Stacy Cade, ) | |
| ) | |
| Defendant. ) | |

Before the court is a motion filed by the Government to dismiss the complaint against defendant without prejudice. The court **GRANTS** the motion (Doc. No. 25) and **DISMISSES** the complaint as to defendant without prejudice.

**IT IS SO ORDERED.**

Dated this 7th day of September, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court